**Tabetha A. Martinez, Esq. (NV 14237)**
**Jennifer L. Micheli, Esq. (NV 11210)**
**Jessica Recarey-Valenzuela, Esq. (NV 16611 )**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101

**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
jmicheli@burgermeyer.com
jrecarey-valenzuela@burgermeyer.com

Attorneys for Defendant,
MGM GRAND HOTEL, LLC d/b/a MGM GRAND

BURGER, MEYER & D'ANGELO, LLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENIS MATTHEW LANCTOT, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL, LLC, a Domestic Limited-Liability Company d/b/a MGM Grand; DOE SECURITY OFFICERS I through X; DOE EMPLOYEES I through X; DOES XI through XX; and ROE BUSINESS ENTITIES XXI through XXX, inclusive,<br><br>Defendants. | Case No.: 2:26-CV-03252-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO REMAND TO THE EIGHTH JUDICIAL DISTRICT COURT** |

Plaintiff, Denis Matthew Lanctot, by and through his counsel of record, Amanda A. Harmon, Esq., and Kevin R. Hansen, Esq. of the law firm Hansen & Harmon Injury Law; and Defendant MGM Grand Hotel, LLC by and through its counsel of record, Tabetha A. Martinez, Esq., Jennifer L. Micheli, Esq., and Jessica Recarey-Valenzuela, Esq., of the law firm Burger, Meyer, & D'Angelo, LLP hereby stipulate and agree to the following:

The parties stipulate and agree that this matter be remanded to the Eighth Judicial District Court, Department 11, Case No. A-26-949102-C.

That parties further stipulate that each party bear their own attorney's fees and costs only as to the issue of remand.

Dated: October 13, 2026

**HANSEN & HARMON INJURY LAW**

__*/s /Amanda A. Harmon*______________
KEVIN R. HANSEN, ESQ.
Nevada Bar No: 6336
AMANDA A. HARMON, ESQ.
Nevada Bar No: 15930
2625 S. Rainbow Blvd., Suite C
Las Vegas, NV 89146

Attorneys for Plaintiff,
Denis Matthew Lanctot

Dated: October 13, 2026

**BURGER, MEYER & D'ANGELO, LLP**

__*/s/ Jessica Recarey-Valenzuela*__________
TABETHA A. MARTINEZ, ESQ.
Nevada Bar No: 14237
JENNIFER L. MICHELI, ESQ.
Nevada Bar No:11210
JESSICA RECAREY-VALENZUELA, ESQ.
Nevada Bar No:16611
725 S. 8th Street, Suite 200
Las Vegas, NV 89101

Attorneys for Defendant,
MGM Grand Hotel, LLC d/b/a MGM Grand

**ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED the Clerk of the Court must close this case.

DATED this 14th day of October, 2026.

______________________________
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted:

___*/s/ Jessica Recarey-Valenzuela*___
Tabetha A. Martinez, Esq.
Nevada Bar No: 14237
Jennifer L. Micheli, Esq.
Nevada Bar No: 11210
Jessica Recarey-Valenzuela, Esq.
Nevada Bar No:1661
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
Attorneys For Defendant
MGM Grand Hotel, LLC d/b/a MGM Grand

BURGER, MEYER & D'ANGELO, LLP